

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 05-576 |
| PRINCE ISAAC | : | |
| a/k/a "Boo," | | |
| a/k/a "Connetti," | : | |
| SHAMEK HYNSON | : | |
| a/k/a "Shy," | | |
| a/k/a "Legend," | : | |
| DWIGHT WILLIAMS | | |
| a/k/a "Pops" | : | |

FILED

OCT 0 4 2007

MICHAEL ___, Clerk
By ___ Dep. Clerk

## SUPPLEMENTAL VERDICT FORM

## COUNT THIRTY-THREE
## FELON IN POSSESSION OF A FIREARM

On Count Thirty-Three of the second superseding indictment, charging felon in possession of a firearm, we, the jury, find defendant,

SHAMEK HYNSON:

____✓____ GUILTY

_____ NOT GUILTY

9/21/2007
DATE

Frank Williams
FOREPERSON

16