IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHAMEK HYNSON | : | NO. 05-576-2 |

## **ORDER**

AND NOW, this 11th day of June, 2009, Defendant Shamek Hynson's Motion for Judgment of Acquittal (Document 302) is GRANTED in part and DENIED in part. Hynson's motion for judgment of acquittal as to Count 16 of the Second Superseding Indictment, charging him with violating 18 U.S.C. § 924(c), is GRANTED. The remainder of his motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
JUAN R. SÁNCHEZ, J.