UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-3393

UNITED STATES OF AMERICA

v.

SHAMEK HYNSON
a/k/a Shy, a/k/a Legend

Shamek Hynson,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Criminal No. 2-05-cr-00576-002
(Honorable Juan R. Sanchez)

Submitted Pursuant to Third Circuit LAR 34.1(a)
November 7, 2011
Before: SCIRICA, SMITH and JORDAN, *Circuit Judges*.

## JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on November 7, 2011. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 16, 2009, be, and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: November 14, 2011

Certified as a true copy and issued in lieu
of a formal mandate on April 24, 2012

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**