BLD-005

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 14-2884

UNITED STATES OF AMERICA

v.

SHAMEK HYNSON,
also known as SHY,
also known as LEGEND,
                                        Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 2-05-cr-00576-002)
District Judge:  Honorable Juan R. Sánchez

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
October 2, 2015
Before:  FUENTES, KRAUSE and SCIRICA, Circuit Judges

## JUDGMENT

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted for possible dismissal

pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action pursuant to Third Circuit LAR

27.4 and I.O.P. 10.6 on October 2, 2015.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court

entered May 16, 2014, be and the same is hereby affirmed.  All of the above in

accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

DATED: October 6, 2015

Certified as a true copy and issued in lieu
of a formal mandate on October 28, 2015

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit**