IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. 05-576-2 |
| v. | : | |
| | : | CIVIL ACTION NOS. 16-3357, 20-2636 |
| SHAMEK HYNSON | : | |

## **ORDER**

AND NOW, this 19th day of May, 2022, upon consideration of Defendant Shamek Hynson's Amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Document Nos. 390, 455 and 471) and the Government's Responses in opposition thereto, it is hereby ORDERED, for the reasons outlined in the accompanying Memorandum, the Motion is GRANTED in PART and DENIED in PART and Defendant shall be re-sentenced on Count 33 only.

IT IS FURTHER ORDERED no Certificate of Appealability shall issue for the reasons articulated in the accompanying Memorandum.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,         C.J.