IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. 05-576-2 |
| v. | : | |
| | : | CIVIL ACTION NOS. 16-3357, 20-2636 |
| SHAMEK HYNSON | : | |

## **ORDER**

AND NOW, this 3rd day of June, 2022, upon consideration of Defendant Shamek Hynson's Motion for a Reduced Sentence Under Section 404 of the First Step Act (Document No. 465), and the Government's Response in opposition, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,          C.J.