# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 05-576-2** |
| | : | |
| | : | **CIVIL ACTION NOS. 16-3357,** |
| **SHAMEK HYNSON** | : | **20-2636** |

## NOTICE OF APPEAL

Notice is hereby given that Shamek Hynson, the above-named defendant, hereby appeals to the United States Court of Appeals for The Third Circuit from the denial of his Motion for a Reduced Sentence Under Section 404 of the First Step Act that was issued on June 3rd, 2022 by the Honorable Juan R. Sanchez.

                                                                    Respectfully submitted,

                                                                     *Steve Jarmon*
                                                                     Steve E. Jarmon
                                                                     Attorney for Shamek Hynson

# **CERTIFICATE OF SERVICE**

    I, Steve E. Jarmon, CJA appointed attorney, hereby certify that I have served a copy of the Notice of Appeal, by electronic notification via PACER upon Robert Zuazmer, Assistant United States Attorney, office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

                                        *Steve Jarmon*
                                        Steve E. Jarmon
                                        Attorney for Shamek Hynson

DATE: June 16, 2022