In The United States District Court
for The Eastern District of Pennsylvania

United States of America

v.

Shamek Hynson

Crim No. 05-576-2
Civil No. 16-3357, 20-2686

## Motion for Clarity

In this Motion it is of great importance that the defendant have a clear and concise understanding of the Courts decision. On May 19, 2022 a Memorandum by Chief Judge Juan R. Sánchez was given that the defendant received weeks after through the United States Postal Service, delivered to him at USP McCreary in Pine Knot Kentucky. In that Memorandum it was stated in a foot note that a Seperate Memoranda would follow addressing defendants 404 Motion concerning the First Step Act of 2018. That Memorandum haven't appeared as of the date of this Motion. Defendant also informed his attorney Steve Jarmon of his desire to appeal the decision of

Memorandum of May 19, 2022. No copies of the notice of appeal was forwarded to the defendant. For the purpose of the record defendant states that he wishes to appeal the decision on his 2255 given on May 19, 2022 and have not to date received nothing regarding his 404 Motion of the first Step Act. Defendant is seeking clarity on the issues stated in this Motion.

Dated July 8th, 2022                Signed _Shaun Flynn_

# Certificate Of Service

I Shamek Hynson state under the penalty of perjury that on July 8th 2022 I placed in the United States Postal Service at USP McCreary a Motion for Clarity pre paid postage, sent to the parties listed below.

*[signature]*

The Honorable Juan R. Sanchez
Chief United States District Judge
11614 United States Courthouse
601 Market Street
Philadelphia, PA 19106


Mr. Robert A. Zauzmer
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Name Shamek Hynson
Reg. No 15511-052 Unit 2B
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635



U.S.M.S
X-RAY



Legal Mail

Hon. Judge Juan R. Sánchez
Chief United States District Judge
11614 United States Courthouse
601 Market Street
Philadelphia, PA 19106