IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 05-576-02 |
| | : | |
| SHAMEK HYNSON | : | |

## **ORDER**

AND NOW, this 30th day of November, 2022, it is hereby ORDERED Defendant Shamek Hynson's Motion for Clarity (ECF No. 506) is GRANTED IN PART.[1]

It is further ORDERED the Clerk of Court is DIRECTED to send Hynson copies of the documents docketed at ECF Nos. 500 and 501.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Hynson wrote the Court on July 8, 2022, requesting clarity as to the status of his motion for relief under Section 404 of the First Step Act. This Court denied Hynson's motion for relief on June 3, 2022. *See* Mem., ECF No. 500; Order of June 3, 2022, ECF No. 501. The Clerk of Court will send Hynson additional copies of these documents.