UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2134
_____

UNITED STATES OF AMERICA

v.

SHAMEK HYNSON,
    also known as SHY
    also known as LEGEND,
        Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 2-05-cr-00576-002)
U.S. District Judge:  Honorable Juan R. Sanchez
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
May 16, 2023
_____

Before:  SHWARTZ, MONTGOMERY-REEVES, and ROTH, Circuit Judges.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on May 16, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on June 3, 2022, is hereby

AFFIRMED. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 10, 2023

**Certified as a true copy and issued in lieu of a formal mandate on** August 1, 2023

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**